**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EDWIN LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 25 CV 02215 |
| | ) | |
| v. | ) | |
| | ) | |
| Town of Cicero, Barrett Marlar, and Detective Stephen Struska, Star No. 485, | ) | Honorable Robert W. Gettleman |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED** between Plaintiff and the Defendants, by their respective attorneys of record, that all Complaints, Claims, and Causes of Action against Defendants are hereby dismissed with prejudice and without notice, and each party shall bear their own attorney's fees and costs.

BY: s/Garrett Browne

Attorney for Plaintiff
ED FOX & ASSOCIATES, Ltd.
Suite 425
118 North Clinton St.
Chicago, Illinois 60661
(312) 345-8877
gbrowne@efoxlaw.com

/s/ Sean M. Sullivan

One of Defendant Done's Attorneys
Sean M. Sullivan
Del Galdo Law Group, LLC
1441 S. Harlem Ave.
Berwyn, IL 60402
(708) 222-7000
Sullivan@dlglawgroup.com